BUEHLER & KASSABIAN
MARK M. KASSABIAN, (BAR NO. 156595)
350 West Colorado Boulevard
Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: mkassabian@buehlerkassabian.com
Attorney for Defendant
JUAN JOSE GALINDO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN JOSE GALINDO,<br><br>    Defendants.<br><br>_____ | Case No. CR-07-1268-ODW<br><br>NOTICE OF MOTION AND MOTION TO SUPPRESS EVIDENCE DERIVED FROM UNLAWFUL SEARCH AND SEIZURE ON MARCH 30, 2007; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JUAN JOSE GALINDO<br><br>Hearing Date:  June 8, 2009<br>Time:  10:00 a.m.<br><br>Estimated Time: 1 Hour |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 8, 2009, at 10:00 a.m., or as soon thereafter as the matter may be heard, defendant Juan Jose Galindo, by and through his attorney Mark M. Kassabian, will and hereby does move to suppress any and all evidence obtained by the government, including physical evidence and any statements by Mr. Galindo, as a result of the unlawful search and seizure by the Maywood Police Department at 5022 Elizabeth Street #1 in the City of Cudahy, where Mr. Galindo was resident, on March 30, 2009.

1  This motion is brought on the ground that the evidence is derived from a
2  violation of Mr. Galindo's right to be free from unreasonable search and seizure as
3  guaranteed under the Fourth Amendment to the United States Constitution.
4  This motion is brought pursuant to Federal Rule of Criminal Procedure
5  12(b)(3)(C) and is based on the attached memorandum of points and authorities,
6  the files and records in this case, and any additional evidence and argument that
7  may be presented at or before the hearing on this motion.

9  Respectfully Submitted,                    BUEHLER & KASSABIAN

11 DATE: May 25, 2009            By:  /s/ Mark M. Kassabian
12                                    MARK M. KASSABIAN
                                      Attorney for Defendant
13                                    JUAN JOSE GALINDO

2

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

### I. <u>Statement Of Facts</u>

According to police and the Indictment in this case, on the morning of March 30, 2007, officers of the Maywood Police Department responded to a burglary-in-progress call at 5022 Elizabeth Street #1 in the City of Cudahy. At that time, the police possessed no warrant to search the residence.

The police reports claim that after arriving at the house, police questioned defendant Galindo. The police reports claim that Mr. Galindo gave written consent to search the house. During that search, police located approximately 300 grams of cocaine and a scale in the dresser of an upstairs bedroom, and approximately $74,200.00 in currency under a bed in that bedroom.

In reality, however, the police conducted their search before Mr. Galindo gave any consent for the search. Mr. Galindo was presented with the written consent form only after being confronted with the fruits of the police officers' warrantless search.

### II. <u>Argument</u>

The Fourth Amendment to the United States Constitution prohibits unreasonable searches and seizures. A search of a home is presumed to be unlawful. *Mincey v. Arizona*, 437 U.S. 385 (1978). This means that the prosecution bears the burden of showing that a warrantless search falls under an established exception to the Fourth Amendment's warrant requirement. Although consent to search can be an exception to that general rule, such consent must be voluntary, and given by a person with authority to consent. *Schneckloth v. Bustamonte*, 412 U.S. 218 (1973).

Here, there was no valid, voluntary consent to the search of the upstairs bedroom, under the bed, or in the dresser drawers. As set forth in Mr. Galindo's

declaration, the police conducted the search prior to getting his consent to search. They presented the seized evidence to him and then had him sign the consent form.

### III.  Argument

For the foregoing reasons, the Court should suppress all evidence obtained as a result of the search of 5022 Elizabeth Street #1, Cudahy, on March 30, 2009.

Respectfully Submitted,                    BUEHLER & KASSABIAN

DATE: May 25, 2009                By:   */s/ Mark M. Kassabian*
                                                                           MARK M. KASSABIAN
                                                                           Attorney for Defendant
                                                                           JUAN JOSE GALINDO